In the Matter of the Claim of FRANCES BROZOVICH, Respondent, against HOTEL PENNSYLVANIA et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 15, 1932; decided March 29, 1932.)

*William B. Davis* and *E. C. Sherwood* for appellants.
*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.